DANIEL G. BOGDEN
United States Attorney
CHRISTINA M. BROWN
Assistant United States Attorney
DISTRICT OF NEVADA
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:11-cr-00221-JCM-CWH |
| Plaintiff, | |
| v. | MOTION TO WITHDRAW AS COUNSEL |
| SHI YUAN LI, | |
| Defendant. | |

The United States of America, by and through Daniel G. Bogden, the United States Attorney and the undersigned Assistant United States Attorney, hereby moves this Court for an Order allowing the Assistant United States Attorney Christina M. Brown withdraw as counsel in the above-entitled action.

. . .

. . .

. . .

. . .

. . .

1

This case is being handled by Amber M. Craig, Assistant United States Attorney for the government.

DATED this ___12th___ day of March, 2014.

                                        DANIEL G. BOGDEN
                                        United States Attorney

                                        */s/Christina M. Brown*
                                        CHRISTINA M. BROWN
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 14, 2014

2